UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILMINGTON SAVINGS FUND SOCIETY,
FSB, not individually but as trustee for Pretium
Mortgage Acquisition Trust d/b/a
CHRISTIANA TRUST,
                Plaintiff,

v.

ANTHONY G. HORN, ANDREA G. HORN,
and FRANESCO SCACCIA,
                Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 8716 (VB)

       On September 19, 2019, plaintiff filed a complaint against Anthony G. Horn, Andrea G. Horn, and Franesco Scaccia (together "defendants"). (Doc. #1).

       On November 20, 2019, plaintiff docketed proofs of service, indicating service on Scaccia on October 30, 2019, and service on Anthony and Andrea Horn on November 5, 2019. (Docs. ##7, 8, 9). Scaccia had until November 20, 2019, to respond to the complaint. The Horns had until November 26, 2019, to respond to the complaint.

       To date, defendants have not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default as to defendants by December 18, 2019, and thereafter to move for default judgment by January 6, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: December 4, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge