UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WILMINGTON SAVINGS FUND SOCIETY,

                    Plaintiff,

v.

ANTHONY G. HORN, ANDREA G. HORN, and
FRANESCO SCACCIA,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-08716 (PMH)

        Pro se Defendants failed to appear at the status conference scheduled for July 1, 2020 at 2:15 p.m. The Court directs Defendants to respond to Plaintiff's letter dated June 23, 2020 (Doc. 21) and file such response via ECF by July 15, 2020.

        Counsel for Plaintiff shall mail a copy of this Order as well as Plaintiff's letter dated June 23, 2020 to the Defendants and provide proof of service on the docket by July 6, 2020.

        If Defendants fail to answer Plaintiff's June 23, 2020 letter by July 15, 2020, Plaintiff shall file a letter with the Court regarding when Plaintiff intends to move for summary judgment.

Dated: New York, New York
       July 1, 2020

                                                SO ORDERED:

                                                Philip M. Halpern
                                                United States District Judge