UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILMINGTON SAVINGS FUND SOCIETY,
FSB, d/b/a CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION
TRUST,

**ORDER**

No. 19-CV-08716 (PMH)

Plaintiff,

v.

ANTHONY G. HORN, et al.

Defendants.
-----------------------------------------------------------X

Pursuant to the New York COVID-19 Emergency Eviction and Foreclosure Prevention Act ("CEEFPA"), foreclosure cases such as the instant matter have been stayed by operation of law.

Accordingly, it is hereby ORDERED that this action is stayed; and it is further

ORDERED that the Clerk of Court shall administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the vacatur of the stay imposed by CEEFPA. *See Bernardino v. Barnes & Noble Booksellers, Inc.*, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which . . . was made for administrative or statistical convenience."); *Abreu v. Thomas*, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019) ("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations . . . The effect of an administrative closure is the same as a stay" (internal citations and quotation marks omitted)).

All scheduled conferences or other scheduled court appearances are cancelled.

SO ORDERED:

Dated: White Plains, New York
       October 14, 2021

_____
Philip M. Halpern
United States District Judge